*26-000157841*

KAY INVESTMENT LLC

PLAINTIFF(S)

VS.

OHIO SECURITY INSURANCE COMPANY

DEFENDANT(S)

______________________________________/

SUMMONS, COMPLAINT, COVER SHEET, NOTICE OF EMAIL, ORDER

**CASE #:** **2026CA004070A000BA**
**COURT:** **10TH JUDICIAL CIRCUIT**
**COUNTY:** **POLK**
**DFS-SOP #:** **26-000157841**

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the of the State of Florida's Department of Financial Services. Said process was received by ELECTRONIC DELIVERY on Tuesday, August 25, 2026 and a copy was forwarded by ELECTRONIC DELIVERY on Wednesday, August 26, 2026 to the designated agent for the named entity as shown below.

OHIO SECURITY INSURANCE COMPANY
LYNETTE COLEMAN
1201 HAYS STREET
TALLAHASSEE, FL 32301

***Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule 1.080.**

EXHIBIT
A

LEO A. MANZANILLA
PRESIDENT
M.S.P.G. LAW GROUP, PA
770 PONCE DE LEON BLVD
SUITE 101
CORAL GABLES, FL 33134

BL1

IN THE CIRCUIT COURT OF THE 10[TH]
JUDICIAL CIRCUIT IN AND FOR
POLK COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:

KAY INVESTMENT LLC,

Plaintiffs,

vs.

OHIO SECURITY INSURANCE COMPANY,

Defendant,

_________________________________/

## CIVIL ACTION SUMMONS

To All and Singular Sheriffs of the State:

YOU ARE HEREBY COMMANDED to serve this summons, Notice of Designation of e-mail Addresses, and a copy of the Complaint, in the above styled cause upon the Defendant:

**OHIO SECURITY INSURANCE COMPANY,** by serving its registered agent:

**CHIEF FINANCIAL OFFICER**
**200 EAST GAINES STREET**
**TALLAHASSEE, FL 32399**

Each Defendant is required to serve written defenses to the complaint or petition on Plaintiffs' attorney whose address is:

**M.S.P.G. LAW GROUP, PA**
**770 PONCE DE LEON BLVD, SUITE 101**
**CORAL GABLES, FL 33134**

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiffs' attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

08/19/2026

WITNESS my hand and the seal of said Court on this _____ day of ___________, 2026.

STACY M. BUTTERFIELD
CLERK OF THE COURT

By: ______________________
As Deputy Clerk

Filing # 255100505 E-Filed 08/18/2026 01:17:43 PM

IN THE CIRCUIT COURT OF THE 10TH
JUDICIAL CIRCUIT IN AND FOR
POLK COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:

KAY INVESTMENT LLC,

Plaintiffs,

vs.

OHIO SECURITY INSURANCE COMPANY,

Defendant,

______________________________________/

**COMPLAINT FOR DAMAGES**

COME NOW the Plaintiffs, KAY INVESTMENT LLC, (hereinafter referred to as the "Plaintiffs") by and through their undersigned counsel and file their complaint for damages against the Defendant, OHIO SECURITY INSURANCE COMPANY (hereinafter referred to as "Defendant") and states the following:

**PARTIES, JURISDICTION & VENUE**

1. This is an action for damages that exceeds Fifty Thousand Dollars ($50,000), exclusive of interest.

2. Defendant is a Florida Corporation, organized and existing under the laws of Florida, qualified to do business in Florida, and has at all times material hereto conducting business in Polk County, Florida.

3. Venue is Proper in Polk County, Florida because the contract, which forms the subject matter of this lawsuit, was executed in Polk County, Florida, the subject property is located in Polk County, Florida and Defendant has engaged in substantial and not isolated activity within Polk County, Florida pursuant to Fla. Stat. §48.193 (2).

4. All conditions precedent to the filing of this lawsuit have occurred, have been waived, or have been performed.

## GENERAL ALLEGATIONS

5. At all times material hereto, in consideration of a premium paid by Plaintiffs, there were in full force and effect a certain homeowners insurance policy issued by Defendant with a policy number of BKS60937214 (hereinafter referred to as "Policy").

6. Plaintiffs are not in possession of a full copy of the insurance policy sued upon herein and are therefore unable to attach a copy of the entire policy that forms the basis of the Complaint. However, Plaintiffs hereby incorporate by reference the insurance policy pursuant to Fla. R. Civ. P. 1.350(a). A copy of the Policy will be obtained via Discovery.

7. Accordingly, under the terms of the Policy, the Defendant agreed to provide insurance coverage to Plaintiffs' property against certain losses. The damaged property is located at 201 South Dixie Drive, Haines City, Polk County, Florida 33844 (hereinafter referred to as "Property").

8. On or about October 9, 2024, while the Policy was in full force and effect, the Property sustained damages due to Hurricane Milton (hereinafter referred to as "Loss") a covered peril under the policy. The high winds and rain produced by Hurricane Milton damaged the roof causing water leaks throughout the home. The damage includes but is not limited to the Metal Roof, Metal Roof, Entrance, Back Room, Subroom: Closet (1), Restrom area, Lobby, Subroom: Hall (1), Subroom: Waiting Room (2), Front Left office, Right Office, Left Back Office, Lobby, Office, Hallway, Electrical Room, Lobby, Break Room, Hallway and general items.

9. Shortly thereafter Plaintiffs reported the Loss to the Defendant.

10. Accordingly, Defendant assigned claim number 24285082 and inspected the Property.

11. Subsequently, Defendant failed to adequately indemnify Plaintiffs for the Loss.

12. By its failure to tender an appropriate amount to repair the Property, Defendant has materially breached the Policy.

13. Defendant has failed to properly indemnify Plaintiffs for their losses stemming from the Loss.

14. Plaintiffs have suffered and continue to suffer damages resulting from Defendant's breach of the Policy.

**COUNT I**

**BREACH OF CONTRACT**

Plaintiffs reincorporate paragraphs 1 through 14 as if fully set forth herein.

15. It is undisputed that Plaintiffs and Defendant entered into a written contract, the Policy, wherein Plaintiffs agreed to pay a premium in exchange Defendant agreed to insure the Property.

16. Plaintiffs have paid all premiums due and owing as contemplated by the Policy, thus, fully performing their obligation under the Policy.

17. Further, at all times material hereto, Plaintiffs have satisfied all post-loss obligations accorded in the Policy, including but not limited to: (i) promptly reporting the Loss to Defendant; (ii) providing all documents in their possession and control; and (iii) making the property available for inspection.

18. Defendant has failed to properly indemnify Plaintiffs for their losses stemming from the covered peril.

19. As a result of the foregoing, Defendant has breached the Policy.

20. As a direct and proximate result of Defendant's breach of the Policy, Plaintiffs have sustained damages.

WHEREFORE, the Plaintiffs, KAY INVESTMENT LLC, hereby demand judgment against the Defendant, OHIO SECURITY INSURANCE COMPANY, for damages plus interest, and for costs of this action and such other relief as the Court deems necessary and just.

**DEMAND FOR JURY TRIAL**

The Plaintiffs demand a trial by jury of all issues so triable.

Dated this 18th day of August, 2026.

M.S.P.G. LAW GROUP, PA
Attorney for the Plaintiffs
770 Ponce de Leon Blvd., Suite 101
Coral Gables, FL 33134
Telephone: 305-444-1887
Facsimile: 305-666-8427

By: *_/s/ Leo A. Manzanilla, Esq._*
LEO A. MANZANILLA, ESQ.
FLA BAR NO.: 0652921
For Service Document Only:
Service@mspglawgroup.com